UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :    Hon. Joseph A. Greenaway, Jr.
                                  Criminal No. 03-194

         v.                 :

JOSEPH BELLERO             :    <u>ORDER FOR DISMISSAL</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Information, Criminal No. 03-194, against defendant Joseph Bellero, charging the defendant with conspiracy to commit bank fraud, contrary to Title 18, United States Code, Section 1344, and in violation of Title 18, United States Code, Section 371, because the further prosecution of this defendant has been abated by the defendant's death.

This dismissal is without prejudice.

*Paul J. Fishman*

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. JOSEPH A. GREENAWAY, JR. *
United States ~~District~~ Judge *
CIRCUIT

*sitting by designation

Dated: 3-12-10